DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## PETITION TO REHEAR

HAAS v. WARREN

No. 571PA93

Case below: 341 N.C. 148

Petition by defendants to rehear pursuant to Rule 31 denied 7 September 1995.